UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **REBECCA L. CERTAIN,** | ) |
| Plaintiff, | ) |
| vs. | ) |
| **ACADEMY COLLECTION SERVICE, INC., a Pennsylvania Corporation,** | )  Case No. 06-cv-4005-JPG |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation For Dismissal (Doc. No. 6) signed by counsel for the parties advising the Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   March 15, 2006

NORBERT JAWORSKI, CLERK

by:s/Deborah Agans, Deputy Clerk

APPROVED: s/ J. Phil Gilbert
U. S. DISTRICT JUDGE